UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Sharon Bruce**  :  CHAPTER 13
:
:
DEBTOR  :  Bankruptcy No.: **18-13200\jkf**

### PRAECIPE OF DEBTOR TO WITHDRAW RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY of SANTANDER CONSUMER USA INC.

To the Clerk, United States Bankruptcy Court:

Kindly withdraw Debtor's response to Motion for Relief from Automatic Stay filed in the above-captioned case.

Respectfully Submitted,

By: **\s\ Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor

Dated: **March 15, 2019**