IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: SHARON GLENICE BRUCE )<br>**Debtor(s)** )<br> )<br>SANTANDER CONSUMER USA INC. )<br>dba CHRYSLER CAPITAL )<br>**Moving Party** )<br> )<br> v. )<br> )<br>SHARON GLENICE BRUCE )<br>**Respondent(s)** )<br> )<br>SCOTT WATERMAN )<br>**Trustee** )<br> ) | CHAPTER 13<br><br>Case No.: 18-13200 (JKF)<br><br>**Hearing Date: 3-6-19 at 9:30 AM**<br><br>11 U.S.C. 362 |

**ORDER VACATING THE AUTOMATIC STAY**
**AS TO PERSONAL PROPERTY**

Upon the motion of Santander Consumer USA Inc. dba Chrysler Capital, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated ~~pursuant to the authority granted in Fed.R.Bankr.P. Rule 4001(a)(3)~~ as to the movant to pursue the movant's rights in the personal property described as a **2016 Dodge Journey** bearing vehicle identification number 3C4PDCAB8GT245632 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law. Rule 4001(a)(3) is not applicable to this proceeding.

Date: April 5, 2019

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon