United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-13200-jkf
Sharon Glenice Bruce                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Apr 08, 2019
                              Form ID: pdf900          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.
db        +Sharon Glenice Bruce,   410 West Grange Avenue,   Philadelphia, PA 19120-1854
cr        +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
cr        +Santander Consumer USA Inc., d/b/a Chrysler Capita,   P.O. Box 961275,
            Fort Worth, TX 76161-0275
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Apr 09 2019 02:50:37     City of Philadelphia,
            City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,  1515 Arch Street 15th Floor,
            Philadelphia, PA 19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 09 2019 02:50:23
            Pennsylvania Department of Revenue,   Bankruptcy Division,  P.O. Box 280946,
            Harrisburg, PA 17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 09 2019 02:50:36    U.S. Attorney Office,
            c/o Virginia Powel, Esq.,   Room 1250,  615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 02:54:36     Synchrony Bank,
            c/o PRA Receivables Management, LLC,   PO Box 41021,  Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2019 at the address(es) listed below:
              FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LEON P. HALLER   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
              MICHAEL D. SAYLES   on behalf of Debtor Sharon Glenice Bruce midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              REBECCA ANN SOLARZ   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG   on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler
               Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG   on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re: SHARON GLENICE BRUCE )
    **Debtor(s)** )
    ) CHAPTER 13
SANTANDER CONSUMER USA INC. )
dba CHRYSLER CAPITAL ) Case No.: 18-13200 (JKF)
    **Moving Party** )
    ) **Hearing Date: 3-6-19 at 9:30 AM**
  v. )
    ) 11 U.S.C. 362
SHARON GLENICE BRUCE )
    **Respondent(s)** )
    )
SCOTT WATERMAN )
    **Trustee** )
    )

**ORDER VACATING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

    Upon the motion of Santander Consumer USA Inc. dba Chrysler Capital, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P. Rule 4001(a)(3) as to the movant to pursue the movant's rights in the personal property described as a **2016 Dodge Journey** bearing vehicle identification number 3C4PDCAB8GT245632 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.   Rule 4001(a)(3) is not applicable to this proceeding.

Date:  April 5, 2019

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon