## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Sharon Bruce**    **:**  CHAPTER  13
          **:**
          **:**
DEBTOR      **:**
          **:**  BANKRUPTCY NO.: 18-13200/jkf

# <u>ORDER OF COURT</u>

   **AND NOW**, this _____ day of _____ 2019, **<u>after</u>**

**<u>notice and hearing</u>**, and upon consideration of Debtor's Motion to Modify Chapter 13

Plan Post Confirmation:

   It is hereby **ORDERED, ADJUDGED and DECREED** that the Motion is

granted.

 **Date: October 21, 2019**

_____
    Hon. J. Fitzsimon
    U.S. Bankruptcy Court Judge

Copies to:

Michael D. Sayles, Esquire
427 West Cheltenham Avenue
Elkins Park, PA 19027

Scott Waterman, Esquire
PO Box 4010
Reading, PA 19606

William E. Craig
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

Amy Hudson
Bankruptcy Specialist
Santander Consumer USA Inc. dba Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-1245

All Creditors listed on attached mailing matrix