| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 18-13200-AMC

SHARON GLENICE BRUCE
5942 N 13 ST
PHILADELPHIA PA 19141-3222

Petition Filed Date: 05/12/2018
341 Hearing Date: 07/13/2018
Confirmation Date: 01/09/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2019 | $339.00 | | 01/16/2019 | $225.00 | 2482590 Wm N | 02/08/2019 | $339.00 | |
| 03/18/2019 | $339.00 | | 04/15/2019 | $339.00 | | 05/21/2019 | $339.00 | Monthly Plan P |
| 06/24/2019 | $339.00 | Monthly Plan P | 07/22/2019 | $341.00 | Monthly Plan P | 08/16/2019 | $339.00 | Monthly Plan P |
| 09/11/2019 | $339.00 | Monthly Plan P | 10/18/2019 | $300.00 | | 11/19/2019 | $313.00 | |
| 12/18/2019 | $315.00 | | 01/21/2020 | $300.00 | | 02/12/2020 | $300.00 | |
| 03/12/2020 | $300.00 | | 04/15/2020 | $300.00 | | 05/18/2020 | $300.00 | |
| 06/15/2020 | $300.00 | | 07/14/2020 | $300.00 | | | | |

**Total Receipts for the Period: $6,306.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,656.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 004 | Unsecured Creditors | $716.82 | $0.00 | $716.82 |
| 5 | ASHLEY FUNDING SVCS LLC<br>»» 005 | Unsecured Creditors | $268.37 | $0.00 | $268.37 |
| 3 | ATLAS ACQUISITIONS LLC<br>»» 003 | Unsecured Creditors | $695.68 | $0.00 | $695.68 |
| 8 | FEDERAL LOAN SERVICING<br>»» 008 | Unsecured Creditors | $17,270.21 | $0.00 | $17,270.21 |
| 6 | PA HOUSING FINANCE AGENCY<br>»» 006 | Mortgage Arrears | $12,394.80 | $3,651.29 | $8,743.51 |
| 2 | PECO ENERGY COMPANY<br>»» 002 | Unsecured Creditors | $449.98 | $0.00 | $449.98 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $195.00 | $49.57 | $145.43 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $784.88 | $231.20 | $553.68 |
| 1 | SANTANDER CONSUMER USA INC<br>»» 01U | Unsecured Creditors | $12,537.16 | $0.00 | $12,537.16 |
| 1 | SANTANDER CONSUMER USA INC<br>»» 001 | Secured Creditors | $51.79 | $51.79 | $0.00 |
| 10 | MICHAEL D SAYLES ESQ<br>»» 010 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 11 | MICHAEL D SAYLES ESQ<br>»» 011 | Attorney Fees | $500.00 | $0.00 | $500.00 |

**Chapter 13 Case No. 18-13200-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,656.00 | Current Monthly Payment: | $310.00 |
| Paid to Claims: | $6,483.85 | Arrearages: | $382.00 |
| Paid to Trustee: | $664.27 | Total Plan Base: | $18,268.00 |
| Funds on Hand: | $507.88 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.