Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 18-13200-AMC**

SHARON GLENICE  BRUCE  
5942 N 13 ST  
PHILADELPHIA  PA    19141-3222

Petition Filed Date: 05/12/2018  
341 Hearing Date: 07/13/2018  
Confirmation Date: 01/09/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $300.00 | | 02/12/2020 | $300.00 | | 03/12/2020 | $300.00 | |
| 04/15/2020 | $300.00 | | 05/18/2020 | $300.00 | | 06/15/2020 | $300.00 | |
| 07/14/2020 | $300.00 | | 08/19/2020 | $300.00 | | 09/17/2020 | $300.00 | |
| 10/20/2020 | $300.00 | | 11/17/2020 | $300.00 | | 12/07/2020 | $300.00 | |
| 01/19/2021 | $300.00 | | 02/11/2021 | $300.00 | | 03/15/2021 | $300.00 | |
| 04/15/2021 | $300.00 | | 05/17/2021 | $300.00 | | | | |

**Total Receipts for the Period:  $5,100.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,656.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 004 | Unsecured Creditors | $716.82 | $0.00 | $716.82 |
| 5 | ASHLEY FUNDING SVCS LLC<br>»» 005 | Unsecured Creditors | $268.37 | $0.00 | $268.37 |
| 3 | ATLAS ACQUISITIONS LLC<br>»» 003 | Unsecured Creditors | $695.68 | $0.00 | $695.68 |
| 8 | FEDERAL LOAN SERVICING<br>»» 008 | Unsecured Creditors | $17,270.21 | $0.00 | $17,270.21 |
| 6 | PA HOUSING FINANCE AGENCY<br>»» 006 | Mortgage Arrears | $12,394.80 | $6,211.86 | $6,182.94 |
| 2 | PECO ENERGY COMPANY<br>»» 002 | Unsecured Creditors | $449.98 | $0.00 | $449.98 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $195.00 | $97.76 | $97.24 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $784.88 | $393.33 | $391.55 |
| 1 | SANTANDER CONSUMER USA INC<br>»» 01U | Unsecured Creditors | $12,537.16 | $0.00 | $12,537.16 |
| 1 | SANTANDER CONSUMER USA INC<br>»» 001 | Secured Creditors | $51.79 | $51.79 | $0.00 |
| 10 | MICHAEL D SAYLES  ESQ<br>»» 010 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 11 | MICHAEL D SAYLES  ESQ<br>»» 011 | Attorney Fees | $500.00 | $500.00 | $0.00 |

Chapter 13 Case No. 18-13200-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,656.00 | Current Monthly Payment: | $310.00 |
| Paid to Claims: | $9,754.74 | Arrearages: | $172.00 |
| Paid to Trustee: | $901.26 | Total Plan Base: | $18,268.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.