Office Mailing Address:                                                          Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                      Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                                        P.O. Box 680
Reading, PA  19606                                                            Memphis, TN  38101-0680

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-13200-AMC**

SHARON GLENICE  BRUCE                                     Petition Filed Date: 05/12/2018
5942 N 13 ST                                             341 Hearing Date: 07/13/2018
PHILADELPHIA  PA    19141-3222                            Confirmation Date: 01/09/2019

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/15/2021 | $300.00 | | 05/17/2021 | $300.00 | | 06/14/2021 | $300.00 | |
| 07/15/2021 | $300.00 | | 08/16/2021 | $300.00 | | 09/14/2021 | $300.00 | |
| 10/14/2021 | $300.00 | | 11/12/2021 | $300.00 | | 12/20/2021 | $300.00 | |
| 01/11/2022 | $300.00 | | 02/22/2022 | $300.00 | | 03/17/2022 | $300.00 | |
| 04/21/2022 | $300.00 | | 05/13/2022 | $300.00 | | 06/14/2022 | $300.00 | |
| 07/19/2022 | $300.00 | | | | | | | |

**Total Receipts for the Period:  $4,800.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $14,856.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  004 | Unsecured Creditors | $716.82 | $0.00 | $716.82 |
| 5 | ASHLEY FUNDING SVCS LLC<br>»»  005 | Unsecured Creditors | $268.37 | $0.00 | $268.37 |
| 3 | ATLAS ACQUISITIONS LLC<br>»»  003 | Unsecured Creditors | $695.68 | $0.00 | $695.68 |
| 8 | FEDERAL LOAN SERVICING<br>»»  008 | Unsecured Creditors | $17,270.21 | $0.00 | $17,270.21 |
| 6 | PA HOUSING FINANCE AGENCY<br>»»  006 | Mortgage Arrears | $12,394.80 | $9,770.52 | $2,624.28 |
| 2 | PECO ENERGY COMPANY<br>»»  002 | Unsecured Creditors | $449.98 | $0.00 | $449.98 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»»  007 | Secured Creditors | $195.00 | $145.68 | $49.32 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»»  009 | Secured Creditors | $784.88 | $618.71 | $166.17 |
| 1 | SANTANDER CONSUMER USA INC<br>»»  01U | Unsecured Creditors | $12,537.16 | $0.00 | $12,537.16 |
| 1 | SANTANDER CONSUMER USA INC<br>»»  001 | Secured Creditors | $51.79 | $51.79 | $0.00 |
| 10 | MICHAEL D SAYLES  ESQ<br>»»  010 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 11 | MICHAEL D SAYLES  ESQ<br>»»  011 | Attorney Fees | $500.00 | $500.00 | $0.00 |

**Chapter 13 Case No. 18-13200-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,856.00 | Current Monthly Payment: | $310.00 |
| Paid to Claims: | $13,586.70 | Arrearages: | $312.00 |
| Paid to Trustee: | $1,261.26 | Total Plan Base: | $18,268.00 |
| Funds on Hand: | $8.04 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.