Certificate Number: 15111-PAE-DE-037021288

Bankruptcy Case Number: 18-13200



15111-PAE-DE-037021288

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 5, 2022</u>, at <u>4:00</u> o'clock <u>PM EST</u>, <u>Sharon Bruce Burris</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC,</u> a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 5, 2022</u>          By:     <u>/s/Hasan Bilal for Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:   <u>Executive Director of Education</u>