United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Sharon Glenice Bruce  
    Debtor

Case No. 18-13200-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 24, 2023      Form ID: 138OBJ      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon Glenice Bruce, 410 West Grange Avenue, Philadelphia, PA 19120-1854 |
| 14106402 | + | Abington Emergency Physician Associate, 1200 Old York Road, Abington, PA 19001-3720 |
| 14106403 | | Abington Memorial Hospital, 30 Washington Avenue, Suite C-6, Haddonfield, NJ 08033-3341 |
| 14106404 | | Abington Memorial Hospital-Patient Pay, PO Box 826580, Philadelphia, PA 19182-6580 |
| 14106405 | + | BYL Collections Services, PO Box 1317, Malvern, PA 19355-0657 |
| 14106415 | | PECO Energy-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14106417 | + | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14268485 | + | Santander Consumer USA, Inc. d/b/a Chrysler Capita, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3125 |
| 14168143 | + | U.S. Bank National Association,, Trustee for PHFA, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14223634 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14106407 | + | christiana care health services, po box 438, Malvern, PA 19355-0438 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 24 2023 23:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2023 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14159825 | Email/Text: bnc@atlasacq.com | Apr 24 2023 23:31:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 14165599 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2023 23:34:36 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14106411 | Email/Text: megan.harper@phila.gov | Apr 24 2023 23:31:00 | City of Philadelphia, Department of Revenue, PO Box 41496, Philadelphia, PA 19101-1496 |
| 14106409 | Email/Text: megan.harper@phila.gov | Apr 24 2023 23:31:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14106410 | Email/Text: megan.harper@phila.gov | Apr 24 2023 23:31:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14106406 | + Email/Text: bankruptcy@cavps.com | Apr 24 2023 23:31:00 | Cavalry, PO Box 520, Valhalla, NY 10595-0520 |
| 14106408 | + Email/Text: enotifications@santanderconsumerusa.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 24, 2023 | Form ID: 138OBJ | Total Noticed: 32 |

| | | | Apr 24 2023 23:31:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
|---|---|---|---|---|
| 14164013 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 24 2023 23:34:27 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14106413 | ^ | MEBN | Apr 24 2023 23:26:12 | KML Law Group, PC, Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14106414 | | Email/Text: govtaudits@labcorp.com | Apr 24 2023 23:31:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 14131530 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 24 2023 23:31:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14106418 | | Email/Text: blegal@phfa.org | Apr 24 2023 23:31:00 | PHFA, PO Box 8029, Harrisburg, PA 17105 |
| 14106498 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 24 2023 23:34:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14106416 | + | Email/Text: blegal@phfa.org | Apr 24 2023 23:31:00 | Pennsylvania Housing Finance Agency, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| 14106419 | | Email/Text: bkrpt@retrievalmasters.com | Apr 24 2023 23:31:00 | RMCB, PO BOX 1235, Elmsford, NY 10523-0935 |
| 14106420 | + | Email/Text: bkrpt@retrievalmasters.com | Apr 24 2023 23:31:00 | RMCB, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14106421 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 24 2023 23:31:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 14106422 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 24 2023 23:34:36 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 14106423 | | Email/Text: megan.harper@phila.gov | Apr 24 2023 23:31:00 | Water Revenue Bureau, Phyllis Chase, Collections Manager, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14106412 | ## | Department of Education, Fedloan Servicing, PO Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 26, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2023 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 24, 2023 | Form ID: 138OBJ | Total Noticed: 32 |

**Name**     **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

LEON P. HALLER
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL D. SAYLES
    on behalf of Debtor Sharon Glenice Bruce midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Sharon Glenice Bruce
    Debtor(s)

Case No: 18−13200−amc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/24/23