| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-13200-AMC

SHARON GLENICE BRUCE
5942 N 13 ST
PHILADELPHIA  PA    19141-3222

Petition Filed Date: 05/12/2018
341 Hearing Date: 07/13/2018
Confirmation Date: 01/09/2019

Case Status: Completed on 4/ 6/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/16/2022 | $300.00 | | 09/12/2022 | $300.00 | | 10/18/2022 | $300.00 | |
| 11/16/2022 | $300.00 | | 12/15/2022 | $300.00 | | 01/12/2023 | $300.00 | |
| 02/14/2023 | $300.00 | | 03/27/2023 | $300.00 | | 04/06/2023 | $1,012.00 | |

**Total Receipts for the Period: $3,412.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $18,268.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 004 | Unsecured Creditors | $716.82 | $6.67 | $710.15 |
| 5 | ASHLEY FUNDING SVCS LLC »» 005 | Unsecured Creditors | $268.37 | $2.50 | $265.87 |
| 3 | ATLAS ACQUISITIONS LLC »» 003 | Unsecured Creditors | $695.68 | $6.47 | $689.21 |
| 8 | FEDERAL LOAN SERVICING »» 008 | Unsecured Creditors | $17,270.21 | $160.70 | $17,109.51 |
| 6 | PA HOUSING FINANCE AGENCY »» 006 | Mortgage Arrears | $12,394.80 | $12,394.80 | $0.00 |
| 2 | PECO ENERGY COMPANY »» 002 | Unsecured Creditors | $449.98 | $4.19 | $445.79 |
| 7 | CITY OF PHILADELPHIA (LD) »» 007 | Secured Creditors | $195.00 | $195.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD) »» 009 | Secured Creditors | $784.88 | $784.88 | $0.00 |
| 1 | SANTANDER CONSUMER USA INC »» 01U | Unsecured Creditors | $12,537.16 | $116.66 | $12,420.50 |
| 1 | SANTANDER CONSUMER USA INC »» 001 | Secured Creditors | $51.79 | $51.79 | $0.00 |
| 10 | MICHAEL D SAYLES  ESQ »» 010 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 11 | MICHAEL D SAYLES  ESQ »» 011 | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 10 | P.G.W. | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | ABINGTON EMERGENCY PHYSICIAN ASSOCIATE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | ABINGTON MEMORIAL HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | BYL COLLECTION SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | P.G.W. | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-13200-AMC**

| 15 | RMCB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,268.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $16,723.66 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,544.34 | Total Plan Base: | $18,268.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.